680

No. 962. LIGGETT & MYERS TOBACCO CO. v. DE PARCQ. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. H. Stinchfield* for petitioner. *Mr. Mortimer H. Boutelle* for respondent.

Nos. 965 and 966. IN RE LEE. May 25, 1936. Petition for writs of certiorari to the Court of Appeals of Maryland denied. *Mr. Stuart S. Janney* for petitioner. *Messrs. Herbert R. O'Conor* and *Wm. L. Henderson* for the State of Maryland in opposition.

No. 968. ENELOW v. NEW YORK LIFE INSURANCE CO. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Charles H. Sachs* and *Louis Kaplan* for petitioner. *Messrs. William H. Eckert* and *Louis H. Cooke* for respondent.

No. 969. STARR v. COMMISSIONER OF INTERNAL REVENUE;

No. 970. TRUE ET AL. v. SAME; and

No. 971. DOHME v. SAME. May 25, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Charles Markell* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *John MacC. Hudson* for respondent.

No. 976. McGEE ET AL. v. BAXTER. May 25, 1936. Petition for writ of certiorari to the Circuit Court of